## CERTIFICATE OF PLAINTIFF'S COUNSEL

I am counsel for Plaintiff, John Lousteau, in the action to be filed in Federal District Court for the Eastern District of Louisiana, entitled *John Lousteau v. Congregation of Holy Cross Southern Province, Inc. and Holy Cross College, Inc.* I have reviewed the facts of this case and consulted with at least one mental health practitioner licensed to practice in Louisiana who I believe is knowledgeable of the relevant facts and issues involved in this action. It is my professional opinion that there is a reasonable basis to believe that Plaintiff, John Lousteau, was subjected to criminal sexual abuse and molestation while a minor in New Orleans, Louisiana as defined in La. R.S. 9:2800.9.

Frank E. Lamothe III (LSBA #07945)
LAMOTHE LAW FIRM, LLC
400 Poydras Street
Suite 1760
New Orleans, Louisiana
Tel (504) 704-1414
felamothe@lamothefirm.com
**Attorney for Plaintiff**

