# EDWARD HALIE SHWERY, PH.D.
A PROFESSIONAL PSYCHOLOGY CORPORATION
1 Galleria Blvd.
Suite 1900
METAIRIE, LOUISIANA 70001
PHONE: (504) 833-6999
FAX: 877 302 6701
EMAIL: shwery@gmail.com

CLINICAL PSYCHOLOGY
FORENSIC PSYCHOLOGY
CHRONIC PAIN MANAGEMENT

DIPLOMATE
AMERICAN ACADEMY OF
PAIN MANAGEMENT

19 July 2021

## Certificate of Mental Health Practitioner

I am a licensed clinical psychologist in Louisiana (License # 289). I have interviewed John Lousteau and am knowledgeable of the relevant facts and issues involved in the action to be filed on his behalf by New Orleans attorney Frank E. Lamothe III in the United States District Court for the Eastern District of Louisiana. In my professional opinion, there is a reasonable basis to believe that John Lousteau was subjected to criminal sexual molestation during childhood by Br. S. R. while attending camp at Holy Cross School in New Orleans, Louisiana.

Very truly yours,

*Edward H. Shwery, Ph.D*

Edward Halie Shwery, Ph.D.
Clinical and Forensic Psychologist
EHS/dgs


EXHIBIT B