UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN LOUSTEAU** | * | CIVIL ACTION |
| *Plaintiff* | * | |
| | * | NO. |
| **VERSUS** | * | |
| | * | SECTION |
| | * | |
| **CONGREGATION OF HOLY CROSS** | * | MAGISTRATE |
| **SOUTHERN PROVINCE, INC.** | * | |
| and | * | |
| **HOLY CROSS COLLEGE, INC.** | * | |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**AMENDED COMPLAINT FOR DAMAGES**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, John Lousteau, who pursuant to Fed. R. Civ. P. 15 (a)(2) hereby amends his original Complaint for Damages (Rec. Doc. 1) filed on August 1, 2021, as follows:

I.

Plaintiff identifies Brother S. R. named in the original Complaint for Damages as Brother Stanley Repucci.

II.

Plaintiff, re-avers and reaffirms all allegations and prayers of the original Complaint for Damages except as amended herein.

**WHEREFORE**, Plaintiff, John Lousteau, respectfully requests that this Amended Complaint for Damages be filed in the record of this cause.

Respectfully submitted,

*/s/ Frank E. Lamothe*
FRANK E. LAMOTHE, III, T.A. (#07945)
KRISTI S. SCHUBERT (#34870)
JULIEN G. LAMOTHE (#38313)
**LAMOTHE LAW FIRM, LLC**
400 Poydras Street, Suite 1760
New Orleans, LA 70130
Telephone: (504) 704-1414
E-Mail: felamothe@lamothefirm.com
  kschubert@lamothefirm.com
  jlamothe@lamothefirm.com

*Attorneys for Plaintiff, John Lousteau*