

Planet Depos®
We Make It *Happen*™

# Transcript of House Bill 402 Reading

**Date:** April 18, 2022
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1

2

3

4

5

6

7          TRANSCRIPT OF VIDEO-RECORDED

8          TESTIMONY OF THE LOUISIANA

9          STATE LEGISLATURE

10

11          HOUSE BILL 402

12          APRIL 18, 2022

13

14

15

16

17

18

19

20  Job No.: 446921

21  Pages: 1 - 15

22  Transcribed by: Christian Naaden

Transcript of House Bill 402 Reading
Conducted on April 18, 2022                                    2

1                    P R O C E E D I N G S

2            REP. MILLER:  Sorry. House Bill 402.  All

3    right. Good afternoon. On to your bill.

4            REP. HUGHES:  Thank you, Mr. Chairman. Members

5    of committee. Last year, we obviously had a, at times

6    painful, debate, regarding my bill dealing with victims

7    of child sexual abuse. And this legislature

8    courageously voted to do the right thing on behalf of

9    victims of child sexual abuse.

10           Last year, when the bill to eliminate the

11   prescriptive period for abuse of minors was finalized,

12   on the last day of session, the conference committee

13   unintentionally deleted how abuse was defined, for

14   liability purposes. Which unfortunately had the

15   unintended consequences interpreted by some courts, of

16   excluding organizations and entities who have

17   responsibility for the abuse of children.

18           This was not the legislative intent of the

19   bill. Courts have further interpreted that the "look

20   back" period for the revival of claims to only be for

21   those individuals  who were abused after 1993. This was

22   most certainly not the legislative intent of the bill.

Transcript of House Bill 402 Reading
Conducted on April 18, 2022                3

1    It was debated over and over and made crystal clear

2    that the 3 year "look" back window was for any victim

3    of abuse, regardless of if it was after 1993 or prior

4    to 1993.

5              House bill 402 seeks to remedy these issues.

6    We also have an amendment that would clarify the "look

7    back" period in the bill. Right now there's a reference

8    to 3 years. We want to change that to 2, because our

9    legislative intent was to have a 3 year "look back"

10   window. Obviously, we're already a year into that

11   period.

12             So, I want to be Mr. -- clear, Mr. Chairman.

13   I'm not looking to expand anything. I'm not looking to

14   do anything differently. I'm only looking to do what we

15   intended to do when we passed this bill, last year. And

16   this bill simply an attempt to clarify our legislative

17   intent.

18             And, with that, I have Morgan LeMandre, with

19   Star, at the table, who can give a little bit more

20   clarity. And then we're happy to answer any questions.

21             REP. MILLER:  Okay. Good afternoon, Ms.

22   Lemandre.

Transcript of House Bill 402 Reading
Conducted on April 18, 2022                    4

1          MS. LEMANDRE:  Good afternoon. Did you want to

2    take up your amendment first, or?

3          REP. MILLER:  Yeah. Let's go ahead and do

4    that. Thank you. Ms. Smith.

5          REP. SMITH:  Thank you, Mr. Chairman. This

6    amendment is at 1988. Amendments 1 and 2 do the same

7    thing. They just reduce the revival period from 3 to 2

8    years.

9          REP. MILLER:  Okay. Now, just question: why

10   wouldn't we -- isn't there a date certain by which the

11   3 year "look back" period, related to under previous

12   law? And maybe Ms. Smith, you can answer that when --

13         REP. SMITH:  Yes. I don't have the act number

14   in front of me. But the act that was passed last year

15   included a revival period of 3 years. This --

16         REP. MILLER:  From which date?

17         REP. SMITH:  From the effective date of the

18   act.

19         REP. MILLER: From the effective date of the

20   act. So, why wouldn't we put the 2 year -- have --

21   sorry. Why not -- would we put a set date of 3 years

22   from that period of time?

Transcript of House Bill 402 Reading
Conducted on April 18, 2022                              5

1          MS. LEMANDRE:  Chairman Miller, Morgan

2     Lemandre from the Star Center. The reason why we

3     couldn't just reference that particular act is because

4     we're clarifying the revival period to begin with. So,

5     under the civil code, article 9 colon 2800 point 9.

6          That law was enacted in 1993. So, the courts

7     have interpreted any -- the way the language was in the

8     original act, last year, was anyone who had a claim

9     under that particular act can -- it can be revived for

10    3 years. That was not the intent, based on all the

11    legislative testimony that we heard as well as what was

12    said on the floor.

13         And, actually, Representative Johnson, it was

14    very interesting. On the floor, you said something

15    about I don't want this to affect insurance. At the

16    time you asked that, it did not. Unintentionally, on

17    the last day of session, there was something that

18    changed in the conference committee report, totally

19    unintentionally, that did affect insurance coverage.

20         So, we need to clarify the entire revival

21    section. And so it no longer references a claim, under

22    Title 9, because that was only from 1993 on. So -- we

Transcript of House Bill 402 Reading
Conducted on April 18, 2022                         6

1    had to clarify that whole section. And so it will be 2

2    years from this new act. Hopefully I answered your

3    question.

4              REP. MILLER:  Would this new act be -- can

5    become effective upon the signature of the governor,

6    or?

7              MS. LEMANDRE:  It does say "signature of the

8    governor".

9              REP. MILLER:  Oh, that actually could change

10   some of the time delays. It could actually, possibly,

11   shorten the 3 year period by which somebody had before.

12             MS. LEMANDRE:  I guess I see your point. I

13   don't believe it would be -- I mean, signature of the

14   governor. I think that the governor may have signed

15   last year's bill versus this year's. But, I mean,

16   hopefully it won't -- it will be timely. But I

17   understand your point. I just -- I don't think it will

18   be more than a couple weeks.

19             MAN:  So I guess whatever you're saying,

20   Chairman, whatever the effective date was last year --

21             REP. MILLER:  Yeah. It should --

22             REP. HUGHES:  We should probably just

1    reference that specific date but with 2022.

2              REP. MILLER:  Correct.

3              REP. HUGHES:  I'm happy to do that.

4              MS. LEMANDRE:  I see what you mean.

5              REP. SMITH:  Do you want me to clarify?

6              REP. MILLER: Sure. Go ahead.

7              REP. SMITH:  So the relevant act is Act 322 of

8    the 2021 regular session, which was effective upon

9    governor's signature. The governor signed it on 6-14 of

10   2021. Therefore, the revival period extends through 6-

11   14 of 2024.

12             REP. MILLER:  So, I think that the thing we

13   probably want to say that it -- that the revival period

14   ends on a particular date. As opposed two years.

15             REP. HUGHES:  I'm fine with that.

16             MS. LEMANDRE:  That sounds good.

17             REP. MILLER:  All right. Is that something

18   that we could -- alright. All right, while Ms. Smith is

19   working on those changes, let's go ahead and talk about

20   the bill.

21             MS. LEMANDRE:  Yes. So, Morgan Lemandre, again

22   with Star. I -- I think, you know, Representative

Transcript of House Bill 402 Reading
Conducted on April 18, 2022                    8

1   Hughes laid out all of the issues. Though there have

2   been split circuit court decisions; one of which has

3   upheld everything that was done. And then there have

4   been, I believe, two from New Orleans that have

5   interpreted this to only the revival period -- to only

6   apply after 1993 and severely limiting the liability of

7   organizations.

8            Essentially having the effect of only having a

9   one-year prescriptive period for third party liability,

10  which actually makes that worse than what the bill was,

11  or the law was, originally. Which had a 10 year

12  prescriptive period. So, that was clearly not anyone's

13  intent. It has dramatic effect on survivors.

14           And survivors who have reached out to Star to

15  say, this has made things worse for us. So, I went to

16  Representative Hughes and kind of told him what has

17  been relayed to us by survivors. And so this is really

18  clarification. We're being told this is somehow an

19  expansion of the definition. That is not true.

20           We're going back to the definition that was in

21  place for 28 year, which has allowed for third party

22  liability. So, I know it's being potentially

1    represented as if this is an expansion. It's not an

2    expansion. It's going back to what was the definition

3    for 28 years. And it's really just making sure the

4    legislative intent, the bill -- the courts know what

5    the intent of the legislature was.

6          It's actually quite fascinating to -- to hear

7    and see how courts interpret some of your intents. At

8    times it's definitely a lesson to learn how specific

9    words are and how courts will then interpret it. But --

10   you know. Duly noted for other bills.

11         REP. MILLER:  All right. And so what you're

12   saying is this -- this definition of abuse, which is in

13   children's code 603, which includes attempt --

14   infliction attempted -- infliction. Or as a result of

15   inadequate supervision.

16         The allowance of the infliction of attempted -

17   - or attempted infliction of physical or mental injury

18   upon the child by a parent or any other person. So,

19   does it require a physical injury for the -- for the

20   extended prescription period to come into effect?

21         MS. LEMANDRE:  So, if you look at all of the

22   different -- so A, B, and C. Abuse means any of the

1    following acts which seriously endanger the physical,

2    mental, or emotional health and safety of the child.

3    And then it goes on for -- for those other factors.

4            It does involve sexual acts of typically the

5    toleration or the aiding and abetting of sexual acts of

6    a child. But that's where the courts have interpreted

7    that to include third party liability.

8            REP. MILLER:  I -- I don't see. It says abuse

9    means any one of the following which seriously endanger

10   the physical, mental, or emotional health and safety of

11   the child.

12           MS. LEMANDRE:  Right. And there's 28 years of

13   jurisprudence, where that has been interpreted for

14   third party liability of the sexual abuse.

15           REP. MILLER:  So -- so we had that same -- so

16   we had a 10 year prescription for all of these --

17           MS. LEMANDRE:  Correct.

18           REP. MILLER:  Up until --

19           MS. LEMANDRE:  Last year.

20           REP. MILLER:  Last year, when we extended it.

21   Okay.

22           MS. LEMANDRE:  Right. And then the courts,

1   once that was inadvertently deleted, have said well

2   there was an intent to remove any liability on third

3   parties who aid, tolerate, lack of supervision that

4   causes it. And so that had the effect of it going back

5   -- it's really to 1 year.

6          REP. MILLER:  Okay. Let's hear from Ms. Smith

7   on the --

8          REP. SMITH:  Okay. So the revised amendment

9   would be to change the language of section 2. So that's

10  page 1 lines 14 to 18.

11         Would instead read, section 2, any person

12  whose cause of action related to sexual abuse of a

13  minor was barred by liberative prescription shall be

14  permitted to file an action under R.S. 9:2800.9.  It is

15  the express intent of the legislature to revive for a

16  period of three years any cause of action related to

17  sexual abuse of a minor that previously prescribed

18  under any Louisiana prescriptive period.

19         REP. MILLER:  Okay. To make sure that we're

20  not taking away any -- all of the unprescribed actions,

21  by putting that language in. Correct?

22         MS. LEMANDRE:  Yes. It shouldn't, because

1   that's just the revival section.

2         REP. MILLER:  All right. Okay. All right. When

3   we get a quorum back, I'll go ahead and make that

4   motion to adopt -- as amended. All right. All right.

5   What's that amendment set?

6         REP. SMITH:  1988.

7         REP. MILLER:  1988. All right. I'm going to go

8   ahead and move that we adopt amendment set 1988 with

9   the change as stated by Ms. Smith to have this specific

10  date, as opposed to the 2 years. So, any objections to

11  the -- any questions on the amendment? Any objections

12  to the adoption of that amendment? Seeing none.

13         Amendment set 1988 is adopted. All right. I

14  think that the board is clear. All right, so we do have

15  some others that want to speak.

16         We have already heard from Morgan Lemandre,

17  Sexual Trauma Awareness and Response. Present and will

18  provide information if requested. In support, Kim

19  Sport. United Against Domestic Violence. Mariah

20  Wenesky, Louisiana Coalition Against Domestic Violence.

21  Not wishing to speak.

22         Present and in support. Not wishing to speak.

1  Present and in support. Peter Robins Brown. Louisiana

2  Progress Action. Not wishing to speak. Present and in

3  support.

4          Charmaigne Cassiope, United Way, South East

5  Louisiana. Not wishing to speak. Present and in

6  support. Jenae Jamison, Power Coalition. Not wishing to

7  speak. Present and in support.

8          Katie Hunter Lowry, Louisiana Survivors for

9  Reform. Ryan Template. Not wishing to speak. Present

10  and in support. Representing ASI, and Alton Ashy. Not

11  wishing to speak. Present and in support, representing

12  ASI.

13          So, Representative Hughes, would you like to

14  close on your bill.

15          REP. HUGHES:  Chairman, as always, thank you

16  for your graciousness. And I would just as for your

17  favorable passage.

18          REP. MILLER:  Right. So, we have a motion by

19  Representative Jenkins to report House Bill 402 with

20  amendments -- okay. Is there any objections to

21  reporting House Bill 402 with amendments? Seeing none.

22  House Bill 402 is reported with amendments.

Transcript of House Bill 402 Reading
Conducted on April 18, 2022                    14

1          REP. HUGHES:   Thank you Chairman and committee

2   members.

3          REP. MILLER:  All right. Okay. Thank you. All

4   right, we're going to call --

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Transcript of House Bill 402 Reading
Conducted on April 18, 2022                                    15

```
1              CERTIFICATE OF TRANSCRIBER

2        I, Chris Naaden, a transcriber, hereby declare

3    under penalty of perjury that to the best of my ability

4    from the audio recordings and supporting information;

5    and that I am neither counsel for, related to, nor

6    employed by any of the parties to this case and have no

7    interest, financial or otherwise, in its outcome, the

8    above 14 pages contain a full, true and correct

9    transcription of the tape-recording that I received

10   regarding the event listed on the caption on page 1.

11

12        I further declare that I have no interest in

13   the event of the action.

14

15   _____

16        April 28, 2022

17        Chris Naaden

18

19   (House Bill 402 reading, 4-18-22)

20

21

22
```

Transcript of House Bill 402 Reading
Conducted on April 18, 2022

**A**

abetting
10:5
ability
15:3
about
5:15, 7:19
above
15:8
abuse
2:7, 2:9, 2:11,
2:13, 2:17, 3:3,
9:12, 9:22,
10:8, 10:14,
11:12, 11:17
abused
2:21
act
4:13, 4:14,
4:18, 4:20, 5:3,
5:8, 5:9, 6:2,
6:4, 7:7
action
11:12, 11:14,
11:16, 13:2,
15:13
actions
11:20
acts
10:1, 10:4,
10:5
actually
5:13, 6:9,
6:10, 8:10, 9:6
adopt
12:4, 12:8
adopted
12:13
adoption
12:12
affect
5:15, 5:19
after
2:21, 3:3, 8:6
afternoon
2:3, 3:21, 4:1
again
7:21

against
12:19, 12:20
ahead
4:3, 7:6, 7:19,
12:3, 12:8
aid
11:3
aiding
10:5
all
2:2, 5:10,
7:17, 7:18, 8:1,
9:11, 9:21,
10:16, 11:20,
12:2, 12:4,
12:7, 12:13,
12:14, 14:3
allowance
9:16
allowed
8:21
already
3:10, 12:16
alright
7:18
also
3:6
alton
13:10
always
13:15
amended
12:4
amendment
3:6, 4:2, 4:6,
11:8, 12:5,
12:8, 12:11,
12:12, 12:13
amendments
4:6, 13:20,
13:21, 13:22
answer
3:20, 4:12
answered
6:2
any
3:2, 3:20, 5:7,
9:18, 9:22,

10:9, 11:2,
11:11, 11:16,
11:18, 11:20,
12:10, 12:11,
13:20, 15:6
anyone
5:8
anyone's
8:12
anything
3:13, 3:14
apply
8:6
april
1:12, 15:16
article
5:5
ashy
13:10
asi
13:10, 13:12
asked
5:16
attempt
3:16, 9:13
attempted
9:14, 9:16,
9:17
audio
15:4
awareness
12:17
away
11:20

**B**

back
2:20, 3:2, 3:7,
3:9, 4:11, 8:20,
9:2, 11:4, 12:3
barred
11:13
based
5:10
because
3:8, 5:3, 5:22,
11:22
become
6:5

been
8:2, 8:4, 8:17,
10:13
before
6:11
begin
5:4
behalf
2:8
being
8:18, 8:22
believe
6:13, 8:4
best
15:3
bill
1:11, 2:2, 2:3,
2:6, 2:10, 2:19,
2:22, 3:5, 3:7,
3:15, 3:16,
6:15, 7:20,
8:10, 9:4,
13:14, 13:19,
13:21, 13:22,
15:19
bills
9:10
bit
3:19
board
12:14
brown
13:1

**C**

call
14:4
caption
15:10
case
15:6
cassiope
13:4
cause
11:12, 11:16
causes
11:4
center
5:2

Transcript of House Bill 402 Reading
Conducted on April 18, 2022                                    17

**certain**
4:10
**certainly**
2:22
**certificate**
15:1
**chairman**
2:4, 3:12, 4:5,
5:1, 6:20,
13:15, 14:1
**change**
3:8, 6:9, 11:9,
12:9
**changed**
5:18
**changes**
7:19
**charmaigne**
13:4
**child**
2:7, 2:9, 9:18,
10:2, 10:6,
10:11
**children**
2:17
**children's**
9:13
**chris**
15:2, 15:17
**christian**
1:22
**circuit**
8:2
**civil**
5:5
**claim**
5:8, 5:21
**claims**
2:20
**clarification**
8:18
**clarify**
3:6, 3:16,
5:20, 6:1, 7:5
**clarifying**
5:4
**clarity**
3:20

**clear**
3:1, 3:12,
12:14
**clearly**
8:12
**close**
13:14
**coalition**
12:20, 13:6
**code**
5:5, 9:13
**colon**
5:5
**come**
9:20
**committee**
2:5, 2:12,
5:18, 14:1
**conference**
2:12, 5:18
**consequences**
2:15
**contain**
15:8
**correct**
7:2, 10:17,
11:21, 15:8
**could**
6:9, 6:10, 7:18
**couldn't**
5:3
**counsel**
15:5
**couple**
6:18
**courageously**
2:8
**court**
8:2
**courts**
2:15, 2:19,
5:6, 9:4, 9:7,
9:9, 10:6, 10:22
**coverage**
5:19
**crystal**
3:1

**D**

**date**
4:10, 4:16,

4:17, 4:19,
4:21, 6:20, 7:1,
7:14, 12:10
**day**
2:12, 5:17
**dealing**
2:6
**debate**
2:6
**debated**
3:1
**decisions**
8:2
**declare**
15:2, 15:12
**defined**
2:13
**definitely**
9:8
**definition**
8:19, 8:20,
9:2, 9:12
**delays**
6:10
**deleted**
2:13, 11:1
**different**
9:22
**differently**
3:14
**domestic**
12:19, 12:20
**done**
8:3
**dramatic**
8:13
**duly**
9:10

**E**

**east**
13:4
**effect**
8:8, 8:13,
9:20, 11:4
**effective**
4:17, 4:19,
6:5, 6:20, 7:8

**eliminate**
2:10
**emotional**
10:2, 10:10
**employed**
15:6
**enacted**
5:6
**endanger**
10:1, 10:9
**ends**
7:14
**entire**
5:20
**entities**
2:16
**essentially**
8:8
**event**
15:10, 15:13
**everything**
8:3
**excluding**
2:16
**expand**
3:13
**expansion**
8:19, 9:1, 9:2
**express**
11:15
**extended**
9:20, 10:20
**extends**
7:10

**F**

**factors**
10:3
**fascinating**
9:6
**favorable**
13:17
**file**
11:14
**finalized**
2:11
**financial**
15:7

Transcript of House Bill 402 Reading
Conducted on April 18, 2022                    18

| | | | |
|---|---|---|---|
| **fine** | **hereby** | **interest** | **last** |
| 7:15 | 15:2 | 15:7, 15:12 | 2:5, 2:10, |
| **first** | **hopefully** | **interesting** | 2:12, 3:15, |
| 4:2 | 6:2, 6:16 | 5:14 | 4:14, 5:8, 5:17, |
| **floor** | **house** | **interpret** | 6:15, 6:20, |
| 5:12, 5:14 | 1:11, 2:2, 3:5, | 9:7, 9:9 | 10:19, 10:20 |
| **following** | 13:19, 13:21, | **interpreted** | **law** |
| 10:1, 10:9 | 13:22, 15:19 | 2:15, 2:19, | 4:12, 5:6, 8:11 |
| **front** | **hughes** | 5:7, 8:5, 10:6, | **learn** |
| 4:14 | 2:4, 6:22, 7:3, | 10:13 | 9:8 |
| **full** | 7:15, 8:1, 8:16, | **involve** | **legislative** |
| 15:8 | 13:13, 13:15, | 10:4 | 2:18, 2:22, |
| **further** | 14:1 | **issues** | 3:9, 3:16, 5:11, |
| 2:19, 15:12 | **hunter** | 3:5, 8:1 | 9:4 |
| **G** | 13:8 | **J** | **legislature** |
| **give** | **I** | **jamison** | 1:9, 2:7, 9:5, |
| 3:19 | **inadequate** | 13:6 | 11:15 |
| **go** | 9:15 | **jenae** | **lemandre** |
| 4:3, 7:6, 7:19, | **inadvertently** | 13:6 | 3:18, 3:22, |
| 12:3, 12:7 | 11:1 | **jenkins** | 4:1, 5:1, 5:2, |
| **goes** | **include** | 13:19 | 6:7, 6:12, 7:4, |
| 10:3 | 10:7 | **job** | 7:16, 7:21, |
| **going** | **included** | 1:20 | 9:21, 10:12, |
| 8:20, 9:2, | 4:15 | **johnson** | 10:17, 10:19, |
| 11:4, 12:7, 14:4 | **includes** | 5:13 | 10:22, 11:22, |
| **good** | 9:13 | **jurisprudence** | 12:16 |
| 2:3, 3:21, 4:1, | **individuals** | 10:13 | **lesson** |
| 7:16 | 2:21 | **K** | 9:8 |
| **governor** | **infliction** | **katie** | **let's** |
| 6:5, 6:8, 6:14, | 9:14, 9:16, | 13:8 | 4:3, 7:19, 11:6 |
| 7:9 | 9:17 | **kim** | **liability** |
| **governor's** | **information** | 12:18 | 2:14, 8:6, 8:9, |
| 7:9 | 12:18, 15:4 | **kind** | 8:22, 10:7, |
| **graciousness** | **injury** | 8:16 | 10:14, 11:2 |
| 13:16 | 9:17, 9:19 | **know** | **liberative** |
| **guess** | **instead** | 7:22, 8:22, | 11:13 |
| 6:12, 6:19 | 11:11 | 9:4, 9:10 | **limiting** |
| **H** | **insurance** | **L** | 8:6 |
| **happy** | 5:15, 5:19 | **lack** | **lines** |
| 3:20, 7:3 | **intended** | 11:3 | 11:10 |
| **health** | 3:15 | **laid** | **listed** |
| 10:2, 10:10 | **intent** | 8:1 | 15:10 |
| **hear** | 2:18, 2:22, | **language** | **little** |
| 9:6, 11:6 | 3:9, 3:17, 5:10, | 5:7, 11:9, | 3:19 |
| **heard** | 8:13, 9:4, 9:5, | 11:21 | **longer** |
| 5:11, 12:16 | 11:2, 11:15 | | 5:21 |
| | **intents** | | **look** |
| | 9:7 | | 2:19, 3:2, 3:6, |

Transcript of House Bill 402 Reading
Conducted on April 18, 2022                                    19

3:9, 4:11, 9:21
**looking**
3:13, 3:14
**louisiana**
1:8, 11:18,
12:20, 13:1,
13:5, 13:8
**lowry**
13:8

---M---

**made**
3:1, 8:15
**make**
11:19, 12:3
**makes**
8:10
**making**
9:3
**man**
6:19
**mariah**
12:19
**maybe**
4:12
**mean**
6:13, 6:15, 7:4
**means**
9:22, 10:9
**members**
2:4, 14:2
**mental**
9:17, 10:2,
10:10
**miller**
2:2, 3:21, 4:3,
4:9, 4:16, 4:19,
5:1, 6:4, 6:9,
6:21, 7:2, 7:6,
7:12, 7:17,
9:11, 10:8,
10:15, 10:18,
10:20, 11:6,
11:19, 12:2,
12:7, 13:18,
14:3
**minor**
11:13, 11:17

**minors**
2:11
**more**
3:19, 6:18
**morgan**
3:18, 5:1,
7:21, 12:16
**most**
2:22
**motion**
12:4, 13:18
**move**
12:8

---N---

**naaden**
1:22, 15:2,
15:17
**need**
5:20
**neither**
15:5
**new**
6:2, 6:4, 8:4
**none**
12:12, 13:21
**noted**
9:10
**number**
4:13

---O---

**objections**
12:10, 12:11,
13:20
**obviously**
2:5, 3:10
**oh**
6:9
**okay**
3:21, 4:9,
10:21, 11:6,
11:8, 11:19,
12:2, 13:20,
14:3
**once**
11:1
**one**
8:2, 10:9

**one-year**
8:9
**only**
2:20, 3:14,
5:22, 8:5, 8:8
**opposed**
7:14, 12:10
**organizations**
2:16, 8:7
**original**
5:8
**originally**
8:11
**orleans**
8:4
**other**
9:10, 9:18,
10:3
**others**
12:15
**otherwise**
15:7
**out**
8:1, 8:14
**outcome**
15:7
**over**
3:1

---P---

**page**
11:10, 15:10
**pages**
1:21, 15:8
**painful**
2:6
**parent**
9:18
**particular**
5:3, 5:9, 7:14
**parties**
11:3, 15:6
**party**
8:9, 8:21,
10:7, 10:14
**passage**
13:17
**passed**
3:15, 4:14

**penalty**
15:3
**period**
2:11, 2:20,
3:7, 3:11, 4:7,
4:11, 4:15,
4:22, 5:4, 6:11,
7:10, 7:13, 8:5,
8:9, 8:12, 9:20,
11:16, 11:18
**perjury**
15:3
**permitted**
11:14
**person**
9:18, 11:11
**peter**
13:1
**physical**
9:17, 9:19,
10:1, 10:10
**place**
8:21
**point**
5:5, 6:12, 6:17
**possibly**
6:10
**potentially**
8:22
**power**
13:6
**prescribed**
11:17
**prescription**
9:20, 10:16,
11:13
**prescriptive**
2:11, 8:9,
8:12, 11:18
**present**
12:17, 12:22,
13:1, 13:2,
13:5, 13:7,
13:9, 13:11
**previous**
4:11
**previously**
11:17

Transcript of House Bill 402 Reading
Conducted on April 18, 2022

20

prior
3:3
probably
6:22, 7:13
progress
13:2
provide
12:18
purposes
2:14
put
4:20, 4:21
putting
11:21

**Q**

question
4:9, 6:3
questions
3:20, 12:11
quite
9:6
quorum
12:3

**R**

reached
8:14
read
11:11
reading
15:19
really
8:17, 9:3, 11:5
reason
5:2
received
15:9
recordings
15:4
reduce
4:7
reference
3:7, 5:3, 7:1
references
5:21
reform
13:9

regarding
2:6, 15:10
regardless
3:3
regular
7:8
related
4:11, 11:12,
11:16, 15:5
relayed
8:17
relevant
7:7
remedy
3:5
remove
11:2
rep
2:2, 2:4, 3:21,
4:3, 4:5, 4:9,
4:13, 4:16,
4:17, 4:19, 6:4,
6:9, 6:21, 6:22,
7:2, 7:3, 7:5,
7:6, 7:7, 7:12,
7:15, 7:17,
9:11, 10:8,
10:15, 10:18,
10:20, 11:6,
11:8, 11:19,
12:2, 12:6,
12:7, 13:15,
13:18, 14:1,
14:3
report
5:18, 13:19
reported
13:22
reporting
13:21
representative
5:13, 7:22,
8:16, 13:13,
13:19
represented
9:1
representing
13:10, 13:11

requested
12:18
require
9:19
response
12:17
responsibility
2:17
result
9:14
revised
11:8
revival
2:20, 4:7,
4:15, 5:4, 5:20,
7:10, 7:13, 8:5,
12:1
revive
11:15
revived
5:9
right
2:3, 2:8, 3:7,
7:17, 7:18,
9:11, 10:12,
10:22, 12:2,
12:4, 12:7,
12:13, 12:14,
13:18, 14:3,
14:4
robins
13:1
ryan
13:9

**S**

safety
10:2, 10:10
said
5:12, 5:14,
11:1
same
4:6, 10:15
say
6:7, 7:13, 8:15
saying
6:19, 9:12
says
10:8

section
5:21, 6:1,
11:9, 11:11,
12:1
see
6:12, 7:4, 9:7,
10:8
seeing
12:12, 13:21
seeks
3:5
seriously
10:1, 10:9
session
2:12, 5:17, 7:8
set
4:21, 12:5,
12:8, 12:13
severely
8:6
sexual
2:7, 2:9, 10:4,
10:5, 10:14,
11:12, 11:17,
12:17
shall
11:13
shorten
6:11
should
6:21, 6:22
shouldn't
11:22
signature
6:5, 6:7, 6:13,
7:9
signature-kyoss
15:14
signed
6:14, 7:9
simply
3:16
smith
4:4, 4:5, 4:12,
4:13, 4:17, 7:5,
7:7, 7:18, 11:6,
11:8, 12:6, 12:9
some
2:15, 6:10,

Transcript of House Bill 402 Reading
Conducted on April 18, 2022                                    21

9:7, 12:15
**somebody**
6:11
**somehow**
8:18
**something**
5:14, 5:17,
7:17
**sorry**
2:2, 4:21
**sounds**
7:16
**south**
13:4
**speak**
12:15, 12:21,
12:22, 13:2,
13:5, 13:7,
13:9, 13:11
**specific**
7:1, 9:8, 12:9
**split**
8:2
**sport**
12:19
**star**
3:19, 5:2,
7:22, 8:14
**state**
1:9
**stated**
12:9
**supervision**
9:15, 11:3
**support**
12:18, 12:22,
13:1, 13:3,
13:6, 13:7,
13:10, 13:11
**supporting**
15:4
**sure**
7:6, 9:3, 11:19
**survivors**
8:13, 8:14,
8:17, 13:8

**T**

**table**
3:19

**take**
4:2
**taking**
11:20
**talk**
7:19
**tape-recording**
15:9
**template**
13:9
**testimony**
1:8, 5:11
**thank**
2:4, 4:4, 4:5,
13:15, 14:1,
14:3
**therefore**
7:10
**thing**
2:8, 4:7, 7:12
**things**
8:15
**think**
6:14, 6:17,
7:12, 7:22,
12:14
**third**
8:9, 8:21,
10:7, 10:14,
11:2
**three**
11:16
**through**
7:10
**time**
4:22, 5:16,
6:10
**timely**
6:16
**times**
2:5, 9:8
**title**
5:22
**told**
8:16, 8:18
**tolerate**
11:3
**toleration**
10:5

**totally**
5:18
**transcribed**
1:22
**transcriber**
15:1, 15:2
**transcript**
1:7
**transcription**
15:9
**trauma**
12:17
**true**
8:19, 15:8
**two**
7:14, 8:4
**typically**
10:4

**U**

**under**
4:11, 5:5, 5:9,
5:21, 11:14,
11:18, 15:3
**understand**
6:17
**unfortunately**
2:14
**unintended**
2:15
**unintentionally**
2:13, 5:16,
5:19
**united**
12:19, 13:4
**unprescribed**
11:20
**until**
10:18
**upheld**
8:3

**V**

**versus**
6:15
**victim**
3:2
**victims**
2:6, 2:9

**video-recorded**
1:7
**violence**
12:19, 12:20
**voted**
2:8

**W**

**want**
3:8, 3:12, 4:1,
5:15, 7:5, 7:13,
12:15
**way**
5:7, 13:4
**we're**
3:10, 3:20,
5:4, 8:18, 8:20,
11:19, 14:4
**weeks**
6:18
**wenesky**
12:20
**went**
8:15
**whatever**
6:19, 6:20
**whole**
6:1
**window**
3:2, 3:10
**wishing**
12:21, 12:22,
13:2, 13:5,
13:6, 13:9,
13:11
**words**
9:9
**working**
7:19
**worse**
8:10, 8:15
**wouldn't**
4:10, 4:20

**Y**

**yeah**
4:3, 6:21
**year**
2:5, 2:10, 3:2,

Transcript of House Bill 402 Reading
Conducted on April 18, 2022                                    22

```
3:9, 3:10, 3:15,
4:11, 4:14,
4:20, 5:8, 6:11,
6:20, 8:11,
8:21, 10:16,
10:19, 10:20,
11:5
year's
6:15
years
3:8, 4:8, 4:15,
4:21, 5:10, 6:2,
7:14, 9:3,
10:12, 11:16,
12:10
```

───────── 1 ─────────
```
10
8:11, 10:16
14
7:9, 7:11,
11:10, 15:8
15
1:21
18
1:12, 11:10,
15:19
1988
4:6, 12:6,
12:7, 12:8,
12:13
1993
2:21, 3:3, 3:4,
5:6, 5:22, 8:6
```

───────── 2 ─────────
```
2021
7:8, 7:10
2022
1:12, 7:1,
15:16
2024
7:11
22
15:19
28
8:21, 9:3,
10:12, 15:16
```

```
2800
5:5
2800.9
11:14
```

───────── 3 ─────────
```
322
7:7
```

───────── 4 ─────────
```
4-
15:19
402
1:11, 2:2, 3:5,
13:19, 13:21,
13:22, 15:19
446921
1:20
```

───────── 6 ─────────
```
6
7:9, 7:10
603
9:13
```

───────── 9 ─────────
```
9
11:14
```