## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN LOUSTEAU** | * | **CIVIL ACTION** |
| *Plaintiff* | * | |
| | * | **NO. 2021-1457** |
| **VERSUS** | * | |
| | * | **JUDGE:** |
| | * | **JAY C. ZAINEY** |
| **CONGREGATION OF HOLY CROSS** | * | |
| **SOUTHERN PROVINCE, INC.** | * | |
| and | * | **MAGISTRATE:** |
| **HOLY CROSS COLLEGE, INC.** | * | **KAREN WELLS ROBY** |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## EX PARTE MOTION FOR EXTENSION OF TIME TO PLEAD

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, John Lousteau, who pursuant to Local Rule 7.8, respectfully moves this Honorable Court for a 21-day extension from October 3, 2023, the day on which Plaintiff's Motion for Leave to Amend Plaintiff's Complaint would be due pursuant to the Court's Order issued on September 19, 2023 (R. Doc. 67).

Plaintiff requires additional time to adequately prepare his Motion for Leave to Amend and to adequately prepare Plaintiff's Third Amended Complaint for Damages.

Plaintiff certifies that there has been no previous extension of time to plead, and that opposing counsel has been contacted and has no objection to an extension of time.

**WHEREFORE**, Plaintiff, John Lousteau, prays that this Honorable Court grant Plaintiff's Motion for Extension of Time to Plead.

[SIGNATURE BLOCK ON NEXT PAGE]

1

Respectfully submitted,

*/s/ Julien G. Lamothe*
FRANK E. LAMOTHE, III, T.A. (#07945)
KRISTI S. SCHUBERT (#34870)
JULIEN G. LAMOTHE (#38313)
**LAMOTHE LAW FIRM, LLC**
400 Poydras Street, Suite 1760
New Orleans, LA 70130
Telephone: (504) 704-1414
E-Mail: felamothe@lamothefirm.com
        kschubert@lamothefirm.com
        jlamothe@lamothefirm.com

*Attorneys for Plaintiff, John Lousteau*

## **CERTIFICATE OF SERVICE**

I certify that on September 26, 2023, the foregoing document was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the CM/ECF system.

*/s/ Julien G. Lamothe*
JULIEN G. LAMOTHE