# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN LOUSTEAU** <br> *Plaintiff* | * <br> * <br> * | **CIVIL ACTION** <br><br> **NO. 2021-1457** |
| **VERSUS** | * <br> * <br> * | <br> **JUDGE:** <br> **JAY C. ZAINEY** |
| **CONGREGATION OF HOLY CROSS** <br> **SOUTHERN PROVINCE, INC.** <br> and <br> **HOLY CROSS COLLEGE, INC.** <br> *Defendants* | * <br> * <br> * <br> * <br> * | <br><br> **MAGISTRATE:** <br> **KAREN WELLS ROBY** |

## ORDER

Considering the above and foregoing Motion;

**IT IS ORDERED** that Plaintiff, John Lousteau, pursuant to Local Rule 7.8, be and is hereby **GRANTED** a 21-day extension from October 3, 2023 to file Plaintiff's Motion for Leave to Amend Plaintiff's Complaint.

**IT IS FURTHER ORDERED** that Plaintiff, John Lousteau, file his Motion for Leave to Amend Plaintiff's Complaint on or before October 24, 2023.

**NEW ORLEANS, LOUISIANA**, this 26th day of September, 2023.

_____
**UNITED STATES DISTRICT JUDGE**