UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN LOUSTEAU | CIVIL ACTION |
| VERSUS | NO: 21-1457 |
| CONGREGATION OF HOLY CROSS SOUTHERN PROVINCE, INC., ET AL. | SECTION: "A" (4) |

**ORDER**

In accordance with 28 U.S.C. § 455(a), the Court disqualifies itself from this matter.

The direct interest of the Archdiocese of New Orleans in this matter only became apparent when it filed an amicus curiae brief with the Fifth Circuit Court of Appeals. This occurred on November 29, 2022, many months after the final judgment was entered in this case. The Archdiocese of New Orleans is on the Court's recusal list and the Court disqualifies itself from all matters in which the Archdiocese of New Orleans is a party. Although the Archdiocese of New Orleans is not a party to this matter, and while the Court maintains that it could continue to preside over this matter impartially upon remand, the Court acknowledges that its impartiality might reasonably be questioned in light of the events that occurred while the case was on appeal.

Accordingly,

**IT IS ORDERED** that the **Motion to Recuse (Rec. Doc. 75)** filed by the plaintiff is **GRANTED**. The Clerk of Court shall re-allot this matter to another section.

November 7, 2023

_____
UNITED STATES DISTRICT JUDGE

November 8, 2023
REALLOTTED TO
**SECT. R**