UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN LOUSTEAU | CIVIL ACTION |
| VERSUS | NO. 21-1457 |
| CONGREGATION OF HOLY CROSS SOUTHERN PROVINCE, INC., ET AL. | SECTION "R" (4) |

## ORDER REALLOTTING CASE

Pursuant to 28 U.S.C. § 455(a) and (b), I hereby recuse myself from acting on this case.

Accordingly,

**IT IS ORDERED** that the Clerk of Court reallot this matter to another section of this Court.

New Orleans, Louisiana, this __28th__ day of November, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

November 28, 2023

REALLOTTED TO

**SECT. H**