UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN LOUSTEAU | CIVIL ACTION |
| VERSUS | NO: 21-1457 |
| CONGREGATION OF HOLY CROSS. MOREAU PROVINCE INC., ET AL. | SECTION "H" |

## JURY VERDICT FORM

1. Do you find by a preponderance of the evidence that Brother Stanley Repucci sexually abused John Lousteau at the Holy Cross Resident Camp?

    We, the jury, unanimously find:

    ____✓____ YES            _____ NO

If the answer to Question (1) is "YES," please proceed to Question (2). If "NO," please sign this form and return to the Courtroom.

2. Do you find by a preponderance of the evidence that John Lousteau sustained any damages as a result of the sexual abuse by Brother Stanley Repucci?

    We, the jury, unanimously find:

    ____✓____ YES            _____ NO

1

If the answer to Question (2) is "YES," please proceed to Question (3). If "NO," please sign this form and return to the Courtroom.

**3. Please state the amount of damages sustained by John Lousteau as a result of the sexual abuse by Brother Stanley Repucci?**

We, the jury, unanimously find:

Pain and suffering, mental anguish     $ 2,375,000

Please sign the Verdict Form and return to the courtroom.

New Orleans, Louisiana, this 25 day of June, 2025.



**JURY REPRESENTATIVE**